FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 27, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KARLA MARIE JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH EVAN LAFRANCE and LORI ANN LAFRANCE et al.,<br><br>　　　　Defendants. | No. 2:21-CV-00353-SAB<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

　　On February 25, 2022, the Court issued an Order Dismissing Complaint with Leave to Amend. ECF No. 13. In the order, the Court dismissed Plaintiff's Complaint, ECF No. 1, and granted her leave to file a First Amended Complaint. However, the Court stated "[o]n or before **April 26, 2022**, Plaintiff shall file a First Amended Complaint. **If Plaintiff fails to comply with this order, the action will be dismissed.**" ECF No. 13 at 5.

　　Plaintiff has still not submitted a First Amended Complaint. Thus, the Court dismisses this action without prejudice.

//
//
//
//
//
//

**ORDER DISMISSING ACTION WITHOUT PREJUDICE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned case is **DISMISSED without prejudice** for failure to submit a First Amended Complaint.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to *pro se* Plaintiff and counsel, and **close** the file.

**DATED** this 27th day of April 2022.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING ACTION WITHOUT PREJUDICE # 2**